AO 106 (Rev. 04/10) Application for a Search Warrant

FILED
At Albuquerque NM
DEC 17 2015
MATTHEW J. DYKMAN
CLERK

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

1103 A., Quintana Lane, El Prado, Taos County, New Mexico and a 2008 Dodge Avenger

Case No. 15-MR-839

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

1103 A., Quintana Lane, El Prado, Taos County, New Mexico, a 2008 Dodge Avenger (See Appendies A and C .

located in the ___County of Taos___ District of ___New Mexico___ , there is now concealed *(identify the person or describe the property to be seized)*:

See Appendix D.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 846 and 841 (a)(1) | Conspiracy to possess and distribute controlled substance; possession and distribution of controlled substance. |

The application is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Kevin M. Mondragon, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: December 17, 2015

*Judge's signature*

City and state: Albuquerque, New Mexico

Karen B. Molzen, Chief U.S. Magistrate Judge
*Printed name and title*